**Order entered May 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00430-CV

## IN RE MICHAEL DWAYNE WILLIAMS, Relator

**Original Proceeding from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA8359627**

## ORDER

Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus as moot.

/s/     ERIN A. NOWELL
        JUSTICE